UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SA CV22-01040-MWC-ADS | Date | August 21, 2025 |
|---|---|---|---|
| Title | The United States of America, et al. v. Theodore Benaderet | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE JS-6

An Order Denying Relator's Motion for Default Judgment was issued by the Court on **July 3, 2025,** ordering Relator to file any renewed motion for default judgment no later than August 8, 2025. Failure to file a renewed motion for default judgment by that date would result in dismissal of the action with prejudice. No response has been provided by Relator. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.